UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

JULIO C. ROCA,
    Plaintiff,

v.                                    C.A. No. 10-398 S

KRAFT FOODS GLOBAL, INC.,
    Defendant.

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on May 5, 2011, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Defendant's Motion to Dismiss (ECF #3) is hereby ruled moot and Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint (ECF #9) is hereby GRANTED to the extent that it seeks to bar Plaintiff Roca from pursuing any monetary claims and DENIED in all other respects.

ENTER:

_____
William E. Smith
United States District Judge
Date: 6/14/11